UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

SAMUEL V. THOMAS                          Case No.  11-10639
                                                    11-10641
                                          Bankruptcy No. 10-58206
SAMUEL V. THOMAS                          Adversary No. 10-5909

v.                                        Honorable Patrick J. Duggan

WAYNE COUNTY TREASURER ET AL.

_____/

**JUDGMENT**

The above-captioned matters come to this Court on appeal from the United States

Bankruptcy Court for the Eastern District of Michigan.  Samuel Thomas appeals orders

entered by United States Bankruptcy Court Judge Marci B. McIvor dismissing his

adversary proceeding, denying his motion for reconsideration, and denying confirmation

of his chapter 13 plan.  In an Opinion and Order issued on this date, the Court affirms the

Bankruptcy Court's decisions.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that the appeals in Civil

Actions Nos. 11-10639 and 11-10641 are **DISMISSED WITH PREJUDICE**.

Dated: August 23, 2011                    s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT JUDGE

Copies to:

Mary Beth Cobbs, Esq.

Richardo I. Kilpatrick, Esq.
Marie Garian, Esq.
Hon. Marci B. McIvor

Samuel V. Thomas
27655 Abington Drive
Southfield, MI 48076